## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DAN ROADHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:09-cv-00033-JCM-LRL |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | ) ) | |
| Defendant. | ) | |
| | ) | Dated:  October 14, 2010 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino    RECORDER:              None

COUNSEL FOR PLAINTIFF(S):              None Appearing

COUNSEL FOR DEFENDANT(S):              None Appearing

    Before the court is defendant's Motion to Compel Attorney Fee Agreement (#145). Also before the court are plaintiff's Opposition (#146) and defendant's Reply (#148). Defendant seeks an order to compel plaintiff to produce his attorney fee agreement in response to Assistant Sheriff Raymond J. Flynn ("Flynn")'s First Set of Interrogatories to Plaintiff Dan Roadhouse.

    Pursuant to Order (#147), Las Vegas Metropolitan Police Department ("LVMPD") is the only remaining defendant in this action. LVMPD does not assert that it propounded the interrogatory underlying the instant motion. Rather, the Motion to Compel (#145) stems from an interrogatory propounded by Flynn, who was terminated as a party in this action on August 6, 2010. Only parties may propound interrogatories. *See* Fed. R. Civ. P. 33.  Accordingly,

    IT IS ORDERED that defendant's Motion to Compel Attorney Fee Agreement (#145) is denied as moot.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**

,