1
2
3
4
5
6                  **UNITED STATES DISTRICT COURT**

7                      **DISTRICT OF NEVADA**

8
9
10                                                    2:09-CV-33 JCM (VCF)

DAN ROADHOUSE,

11                   Plaintiff,

12

13   v.

14   LAS VEGAS METROPOLITAN
     POLICE DEPARTMENT, et al.,

15

16                   Defendants.

17

18                              **ORDER**

        Presently before the court is plaintiff's motion to certify class (doc. #163 and defendant's

19

20   motion to certify a legal question to the Nevada Supreme Court (doc. #165).

        On January 12, 2012, Magistrate Judge Cam Ferenbach granted defendant's motion to stay

21

22   this case pending a ruling from the United States Supreme Court.  All aspects of this case, other than

23   some limited discovery, are therefore stayed until the Supreme Court renders its ruling.

        Accordingly,

24

25      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to certify

class (doc. #163) be, and the same hereby is, DENIED without prejudice.

26

27   . . .

28   . . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendant's motion to

2    certify question to the Nevada Supreme Court (doc. #165) be, and the same hereby is, DENIED

3    without prejudice.

4    DATED January 13, 2012.

5

6    _____

7    **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**