# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAN ROADHOUSE, | |
| Plaintiff, | 2:09-cv-00033-JCM-VCF |
| vs. | |
| LAS VEGAS METROPOLITAN POLIC DEPARTMENT, et al., | **ORDER PERMITTING LIMITED DISCOVERY** |
| Defendants. | |

Pursuant to the STIPULATED MOTION FOR LIMITED DISCOVERY DURING STAY OF PROCEEDINGS (#203) filed on January 26, 2012, good cause appearing, the Stipulated Motion is hereby GRANTED; and

IT IS HEREBY ORDERED that Plaintiff may conduct limited discovery during the stay of proceedings as follows: (1) up to five depositions relating to Plaintiff's group strip search claims, provided that the deponent is an officer who prepared an affidavit that was attached to Defendant's Opposition to Motion for Class Certification (#171) and (2) written discovery relating to Plaintiff's group strip search claims.

DATED this 27th day of January, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE