# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAN ROADHOUSE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | 2:09-CV-33 JCM (VCF) |

## ORDER

Presently before the court is defendant's unopposed motion for leave to file excess pages in response to plaintiff's motion to certify a class action (doc. # 222). Defendant's motion seeks leave of the court to file 40 pages, 10 pages in excess of the local rule.

Plaintiff having not opposed the motion, and good cause being shown because of the complexity of certification in class actions, the court hereby grants defendant's motion to exceed page limit.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     Accordingly,

2     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to
3 exceed page limit (doc. # 222) be, and the same hereby is, GRANTED.

4     DATED October 5, 2012.

                                                              UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**