**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DAN ROADHOUSE, | |
| Plaintiff, | 2:09-cv-00033-JCM-VCF |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | **MINUTE ORDER** |
| Defendants. | |

Before the Court is Plaintiff's Motion to Attend December 9, 2013, Hearing Telephonically (#255).

Michael J. Flannery, Esq., counsel for Plaintiff, resides in Missouri and seeks to appear telephonically to be more cost-effective.

IT IS HEREBY ORDERED that Plaintiff's Motion to Attend December 9, 2013, Hearing Telephonically (#255) is GRANTED with the condition that local counsel must be present at the hearing scheduled for 3:00 p.m., December 9, 2013, in Courtroom 3D. The call-in conference number is 1-702-868-4911, passcode 123456. The call must be from a land line.

DATED this 5th day of December, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE