THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
tdillard@ocgas.com
Attorney for Defendant
LVMPD

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DAN ROADHOUSE, individually and on behalf of a class of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, COUNTY OF CLARK, CITY OF LAS VEGAS, SHERIFF DOUGLAS C. GILLESPIE, UNDERSHERIFF RODERICK JETT, ASSISTANT SHERIFF RAYMOND J. FLYNN, ASSISTANT SHERIFF MIKE McCLARY, ASSISTANT SHERIFF TED MOODY, BILL YOUNG, and JOHN DOES 1-100.<br><br>　　　　　Defendants. | CASE NO.:   2:09cv0033-JCM-VCF |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

　　　Plaintiff DAN ROADHOUSE ("Plaintiff") and Defendant Las Vegas Metropolitan Police Department ("Defendant") (collectively the "Parties"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiff against Defendant Las Vegas Metropolitan Police Department, as set forth in the Plaintiff's First Amended Complaint, shall be

dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 7th day of April, 2014.

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

/s/ *Thomas D. Dillard*
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant LVMPD


/s/ Michael J. Flannery
Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
300 N. Tucker Blvd., Ste. 801
St. Louis, MO 63101

Patrick D. Allen
YENSON, ALLEN & WOSICK, PC
4908 Alameda, NE
Albuquerque, NM 87113

James J. Rosemergy
CAREY & DANIS, LLC
8235 Forsyth Blvd, Ste. 1100
St. Louis, MO 63105

Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED April 7, 2014.

*[signature]*
UNITED STATES DISTRICT JUDGE